KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: (702) 318-7375

MILAN CHATTERJEE, ESQ.
Nevada Bar No. 15159
Milan@MilansLegal.com
MILAN'S LEGAL
3172 N. Rainbow Blvd, #1406
Las Vegas, NV 89108
Telephone: (702) 381-2875

*Attorneys for Peter Huber*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0030-RFD-DJA-6 |
| Plaintiff; | |
| vs. | MOTION TO APPOINT COURT CERTIFIED INTERPRETER TO ASSIST DEFENDANT |
| Peter Huber, | |
| Defendant. | |

  Defendant Peter Huber, by and through his attorneys, Kathleen Bliss, and Milan Chatterjee, respectfully requests that the Court appoint a certified interpreter in the Hungarian language to assist Mr. Huber in all proceedings before this Court, including motions' hearings, calendar call and trial. This request is based upon the Fifth and Sixth Amendments of the United States Constitution.

  Undersigned Counsel can aver that Mr. Huber, though able to speak and understand English to some degree, nonetheless has difficulties in doing so, such that his ability to fully participate in his defense and assist counsel is impaired. Mr. Huber's primary language is

Hungarian. And while translation applications may work in certain settings, court is not one. A certified interpreter in Hungarian, who can translate from English to Hungarian, will assure that Mr. Huber fully understands all forthcoming proceedings, including his rights to confront adverse witnesses and to participate in his own defense.

Dated this 8th day of April 2024.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated 4/10/2024

s/s KATHLEEN BLISS, ESQ.
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: (702) 318-7375

s/s MILAN CHATTERJEE, ESQ.
Nevada Bar No. 15159
Milan@MilansLegal.com
MILAN'S LEGAL
3172 N. Rainbow Blvd, #1406
Las Vegas, NV 89108
Telephone: (702) 381-2875

*Attorneys for Peter Huber*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of KATHLEEN BLISS LAW PLLC and that on this 8th day of April 2024, I did cause a true copy of:

**MOTION FOR APPOINTMENT OF INTERPRETER**

To be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing system in this action.

By:   /s/ Kathleen Bliss