KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: (702) 318-7375

*Attorney for Peter H. Huber*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-30-RFB-DJA |
| Plaintiff, | **FIRST STIPULATION TO CONTINUE SENTENCING** |
| v. | |
| PETER H. HUBER, | |
| Defendant. | |

The parties herein, the United States and Peter Huber, stipulate and agree that sentencing set in this case on September 27, 2024, at 12:15 p.m. be continued to October 16, 2024, or a time convenient for the Court but not before 14 days from the current sentencing date of September 27, 2024.

The reasons for this Stipulation are as follows.

On June 18, a verdict was entered in this case. (ECF No. 485). Sentencing was set for September 27, 2024. (ECF No. 515). Counsel for Mr. Huber had committed to travel overseas between July 16, 2024, and July 28, 2024. The Probation Officer assigned to the case, Officer Sunny R. Cascio, had a prior leave obligation during that timeframe as well, and she agrees to this continuance.

On August 9, 2024, Mr. Huber, his counsel and Probation Officer Cascio met for the initial interview for preparation of the Presentencing Investigation Report. Forms must be processed as well, and it will take time to gather all information, including mitigation evidence, and prepare a report, subject to review by the parties and objections.

The Government stipulates to a date on October 16, 2024, or a time not sooner than 14 days from September 27, 2024.

Mr. Huber stipulates to a date on October 16, 2024, or a time not sooner than 14 days from September 27, 2024.

Dated this 13th day of August 2024.

JASON M. FRIERSON
UNITED STATES ATTORNEY

s/s JESSICA OLIVIA
EDWARD G. VERONDA
Assistant United States Attorneys

NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General
Head of the Criminal Division
CHRISTOPHER MERRIAM
Senior Counsel
MICHAEL CHRISTIN
Trial Attorney

s/s  KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: (702) 318-7375
*Attorney for Peter H. Huber*

**IT IS SO ORDERED:**

The Court, having reviewed the stipulation of the Government and Defendant Peter Huber, and for good cause showing, GRANTS the parties' stipulation requesting a continuance of sentencing from September 27, 2024.

**SENTENCING IN UNITED STATES V. HUBER SHALL BE SET ON November 4, 2024 at 3:00 p.m.**

Dated 8/15/2024

_____
THE HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE